UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JAMES REDMOND BEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY DUONG, *et al.*,<br><br>　　　　Defendants. | Case No.　2:21-cv-00673-KJM-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 8 |

　　　For good cause shown, plaintiff's motion for extension of time, ECF No. 8, is granted. Plaintiff will have until January 5, 2022 to respond to defendants' motion to dismiss. Defendants' reply, if any, will be due seven days after plaintiffs' response. Additionally, the motion hearing set for December 16, 2021 is vacated.

IT IS SO ORDERED.

Dated:　　December 8, 2021　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1